IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00537-AP

STACY N. BROWN-MUELLER,
    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Gordon W. Williams
    143 Union Blvd., Suite 270
    Lakewood, CO 80228
    303-988-2841
    303-988-0445 (facsimile)

    For Defendant:
    John F. Walsh
    United States Attorney

    J. Benedict García
    Assistant United States Attorney
    United States Attorney's Office
    J.B.Garcia@usdoj.gov

    Kirsten A. Westerland
    Special Assistant United States Attorney
    1001 17th Street
    Denver, Colorado 80202
    303-844-1949
    303-844-0770 (facsimile)
    Kirsten.Westerland@ssa.gov

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** 3/1/12

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** 3/8/13

    **C.**    **Date Answer and Administrative Record Were Filed:** 5/6/13

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE (**the parties request that briefing commence an additional 10 days beyond the usual time frame because counsel for Plaintiff will be be out of the country on a vacation in excess of 10 days with his return coinciding with what would otherwise be the due date for the opening brief.)

    **A.**    **Plaintiff's Opening Brief Due:** 7/18/13

    **B.**    **Defendant's Response Brief Due:** 8/19/13

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** 9/5/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice*.

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 6th day of June, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

- 3 -

APPROVED:

                John F. Walsh
                United States Attorney

s/ *Gordon W. Williams*                 By**:** s/ *Kirsten A. Westerland*
143 Union Blvd., Suite 270            Special Assistant U.S. Attorney
Lakewood, CO 80228                  1001 17th Street
303-988-2841                             Denver, CO 80202
303-988-0445 (facsimile)              303-844-1949
gwilliamsefile@jeffcolaw.net          303-844-0770 (facsimile)
                                          Kirsten.Westerland@ssa.gov

Attorney for Plaintiff

                Of Counsel:
                John Jay Lee
                Regional Chief Counsel
                1001 17th Street
                Denver, CO 80202

                Attorneys for Defendant